FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 APR -4 PM 3: 56

LORETTA G. WHYTE
CLERK

1078-9992

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **INVERSIONES INMOBILIARIAS EL BOSQUE, S.A.** | * | CIVIL ACTION |
| | * | NO. 03-0962 |
| VERSUS | * | SECT. |
| **TRANSTAINER CORP.** | * | MAGIST. SECT. K MAG. 1 |
| * * * * * * * * * * * * | | |

## COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Inversiones Inmobiliarias El Bosque, S.A. ("El Bosque"), and for its complaint against Transtainer Corp., with respect, avers as follows:

I.

Plaintiff, El Bosque, is a corporation organized and existing by virtue of the laws of the nation of Guatemala.

II.

Defendant, Transtainer Corp. is a freight forwarder organized and existing under the laws of a state other than the state of Louisiana.

1

Fee /50 ⁰⁰
Process
X Dktd
CtRmDep
Doc.No.

III.

This matter is a admiralty and maritime claim pursuant to Rule 9(h) of the Federal Rules of Civil Procedure.

IV.

In the event that admiralty and maritime jurisdiction should not be determined to exist in this matter, jurisdiction exists by virtue of diversity of citizenship pursuant to 28 U.S.C. 1332 inasmuch as the parties have diverse citizenship and the amount at issue exceeds the sum of $75,000 exclusive of interest and costs and/or the matter presents a federal question by virtue of the applicability of the Carriage of Goods by Sea Act.

V.

Venue is appropriate in this district.

VI.

On or about August 27, 2001, El Bosque entered into a contract with Honeywell, Inc., to purchase a security and smoke alarm system to be installed at a building owned and operated by plaintiff located in Guatemala City, which contract was in the total sum of $50,100.00, exclusive of taxes, import duties, and other costs.

VII.

Pursuant to the sales contract, Honeywell, Inc. was responsible for the costs of shipping the system to Port Everglades, Florida. Thereafter, transportation of the system to Guatemala was to be on plaintiff's account.

VIII.

Plaintiff has paid Honeywell, Inc. all sums due under the contract.

IX.

Pursuant to its obligation to secure transportation for the security and smoke alarm system to Guatemala, plaintiff engaged Transtainer Corp., defendant, a non-vessel operating common carrier, to transport the system by sea. In that regard, Transtainer Corp. issued bill(s) of lading covering the transportation of the system from Port Everglades, Florida to Honeywell, Inc.'s facilities located in Guaynabo, Puerto Rico, where the system was to be received by Honeywell, Inc.

X.

On information and belief, the risk of loss as between Honeywell, Inc. and plaintiff to passed to plaintiff upon delivery of the security system to defendant, Transtainer Corp..

XI.

On information and belief, Transtainer Corp. issued clean on board bills of lading erroneously stating that all of the system had been received on board the ocean vessel when, in point of fact, the entirety of the system was not placed aboard the vessel.

XII.

As a result of Transtainer Corp.'s failure to place the entire smoke alarm and security system purchased by plaintiff onboard the ocean going vessel, plaintiff has sustained losses approximating $80,000, exclusive of interest and costs.

XIII.

Transtainer Corp. breached its contract with plaintiff to place the goods on board an ocean going vessel and deliver them safely to Guaynabo, Puerto Rico.

XIV.

As a result of the issuance of clean on board bills of lading, Transtainer Corp. is precluded from claiming that its liability under the Carriage of Goods by Sea Act is limited to the Act's per package limitation.

WHEREFORE, after due proceedings be had, plaintiff, Inversiones Inmobiliarias El Bosque, S.A., prays for judgment in the sum of $80,000 including prejudgment interest, costs, attorney's fees and all such other and further relief as law and justice may require.

Respectfully submitted,

_____
RANDALL L. KLEINMAN
HULSE & WANEK
1010 Common Street, Suite 2800
New Orleans, LA 70112-2401
(504) 524-6221
Bar Roll Number 7445